IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ISAIAS HUINIL LOPEZ, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 8:26-cv-00059-PX |
| PAMELA BONDI *et al.*, | * | |
| Respondents. | * | |
| | *** | |

**ORDER**

For the reasons discussed during today's recorded status hearing, the Court finds that Petitioner Isaias Huinil Lopez is a member of the nationwide class defined as "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination." *Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3713987, at *32 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Thus, the *Bautista* Court's declaratory relief applies to him. Alternatively, the Court adopts the reasoning of *Bautista* and finds that § 1226(a)'s discretionary detention framework applies to Petitioner, and thus he is eligible for bond. Accordingly, the Petition for Writ of Habeas Corpus at ECF No. 1 is GRANTED.

1. Upon Petitioner Isaias Huinil Lopez's motion for a bond review before an Immigration Judge, Petitioner is to receive a bond hearing within ten (10) days from the date of this Order;

2. Respondents are ENJOINED from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2);

3. Respondents are further ORDERED to file a status report within 24 hours after Petitioner receives his bond review hearing before an Immigration Judge as to whether the Petitioner was granted bond and, if not, the reasons for the denial; and

4. The Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

                                                            /s/
                                        PAULA XINIS
                                        United States District Judge