UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ISAIAS HUINIL LOPEZ,

    Petitioner,

    v.

PAMELA BONDI,
U.S. Attorney General, *et al.*,

    Respondents.

Case No. 1:26-cv-00059-PX

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition"), the telephonic hearing and Order of January 9, 2026 (ECF Nos. 6 & 7), the Joint Status report filed by the parties on January 28, 2026 (ECF No. 8), and the entire record in this case, it is hereby:

ORDERED, that the Petition is GRANTED in part, as set forth in the Order of January 9, 2026, and DENIED as to any further relief, and the Petition is hereby DISMISSED; and it is further

ORDERED, that NO FURTHER STATUS REPORTS need be filed; and it is further

ORDERED, that Petitioner's request for fees and costs is hereby DENIED; and it is further

ORDERED, that the Clerk of Court should CLOSE this case.

Dated: 1/29/2026

/s/
PAULA XINIS
United States District Judge